

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2021

No. 04-20-00515-CV

**IN THE INTEREST OF V.S., A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00518
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellee's motion for an extension of time to file its brief is GRANTED. Appellee's brief is due on or before **March 2, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court